## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>JOHN ANTHONY GRIMES, )<br>)<br>Defendant ) | CIVIL ACTION NO. 2:18-cv-00481-AJS |

### PROOF OF PUBLICATION

Attached please find the Proof of Publication for the above-captioned matter.

                                              Respectfully submitted,

                                              KNOX McLAUGHLIN GORNALL &<br>
                                              SENNETT, P.C.<br>
                                              Private Counsel to the<br>
                                              United States of America

Date: June 12, 2019                           BY: */s/ Mark G. Claypool*<br>
                                                            Mark G. Claypool<br>
                                                            Pa. I.D. No. 37599<br>
                                                            120 West Tenth Street<br>
                                                           Erie, Pennsylvania  16501<br>
                                                           (814) 459-2800<br>
                                                           mclaypool@kmgslaw.com

## WESTMORELAND LAW JOURNAL PROOF OF PUBLICATION NOTICE

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF WESTMORELAND  } SS.

Before me, the undersigned notary public, this day, personally appeared **Susan C. Zellner** to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the WESTMORELAND LAW JOURNAL. The Westmoreland Law Journal is the duly designated legal newspaper for Westmoreland County, Pennsylvania, which legal newspaper was established in 1911 and designated the Legal Periodical by the Court of Common Pleas for Westmoreland County on August 24, 1918, at 688 August Term, 1918, and by the Orphans' Court of Westmoreland County, on June 22, 1943, at 85 May Term, 1943, and is published by the Westmoreland Bar Association, 129 North Pennsylvania Avenue, Greensburg, Westmoreland County, Pennsylvania 15601. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**26 April, 3-10-17 May, 2019**

The affiant further states that she is a designated agent of the Westmoreland Bar Association, the owner of said legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

Sworn to and subscribed before me this **17th** day of **May**, 20**19**

Notary Public

Commonwealth of Pennsylvania - Notary Seal  
Diane Krivoniak, Notary Public  
Westmoreland County  
My commission expires November 15, 2021  
Commission number 1089727  
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CIVIL ACTION NO. 2:18-cv-00481-AJS  
UNITED STATES OF AMERICA,  
    Plaintiff  
vs.  
JOHN ANTHONY GRIMES,  
    Defendant

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States District Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale the real property located at and being more fully described at Westmoreland County Deed Instrument No. 201102020004437.

**SAID SALE** to be held at the Westmoreland County Courthouse, Commissioners' Public Meeting Room #2, 2 N. Main Street, Greensburg, PA 15601 at **10:00 a.m.** prevailing standard time, on **May 24, 2019**.

**ALL** that certain tract of land, together with the buildings, and improvements erected thereon described as Tax Parcel No. 37-01-09-0-197 recorded in Westmoreland County, Pennsylvania, commonly known as: **415 Lowell Street, Vandergrift, Pennsylvania 15690.**

IDENTIFIED as Tax/Parcel #: 37-01-09-0-197 in the Deed Registry Office of Westmoreland County, Pennsylvania. HAVING erected a dwelling thereon known as 415 LOWELL STREET, VANDERGRIFT, PA 15690. BEING the same premises conveyed to John Anthony Grimes, dated January 31, 2011, and recorded on February 2, 2011 in the office of the Recorder of Deeds in and for Westmoreland County, Pennsylvania. Seized and taken in execution as the property of John Anthony Grimes at the suit of the United States of America, acting through the Under Secretary of Rural Development on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action No. 2:18-cv-00481.

**TERMS OF SALE:** Successful bidder will pay ten percent (10%) by certified check or money order upon the property being struck down to such bidder, and the remainder of the bid within thirty (30) days from the date of the sale and in the event the bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. The successful bidder must send payment of the balance of the bid directly to the U.S. Marshal's Office c/o Sheila Blessing, 700 Grant Street, Suite 2360, Pittsburgh, PA 15219. <u>Bidder must have deposit funds immediately available and on his person in order to bid, bidder will not be permitted to leave the sale and return with deposit funds</u>. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth (30th) day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Michael Baughman, Acting United States Marshal. For additional information, please contact Cathy Diederich at 314-457-5514 or the USDA foreclosure website at www.resales.usda.gov.

26 Apr; 3/10/17 May

### STATEMENT OF ADVERTISING COSTS TO WESTMORELAND LAW JOURNAL, Dr.

For publishing the notice or publication attached hereto on the above stated dates.......... $ **783.00**

Publisher's Receipt for Advertising Costs:

The WESTMORELAND LAW JOURNAL, a legal periodical, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

WESTMORELAND LAW JOURNAL

By _____

(The Westmoreland Law Journal is owned and published by the Westmoreland Bar Association.)